IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-191-MEF |
| | ) | (WO) |
| ARDARREYUS SHELTON | ) | |

## **O R D E R**

It is hereby ORDERED that the Motion to Withdraw as Attorney (Doc. #52) filed by defense counsel Thomas M. Goggans on May 6, 2009 is set for hearing on Tuesday, May 12, 2009, at 1:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 11th day of May, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE