**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:08cr191-MEF** |
| | ) | |
| **ARDARREYUS SHELTON** | ) | |
| **a/k/a "Poochie"** | ) | (WO) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on July 23, 2009, this Court entered a Preliminary Order of Forfeiture (Doc. #80), forfeiting the following property to the United States: Thirty-Six Thousand One Hundred Thirty Seven ($36,137.00) Dollars in United States currency seized from Ardarreyus Shelton's residence at 1268 Autumn Ridge Road, Montgomery, Alabama, on July 2, 2008.

The United States published notice of this forfeiture on an official government internet site (www.forfeiture.gov) notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property in accordance with the law and as specified in the Preliminary Order of Forfeiture (Doc. #88);

No timely petition has been filed and all third-party interests are barred by failure of those parties to file a timely petition; and,

The Court finds that defendant Ardarreyus Shelton a/k/a "Poochie"  has an interest in the property that is subject to forfeiture pursuant to Title 21, United States Code, Section 853.  The United States has established the requisite nexus between such property in the commission of the violation of Title 21, United States Code, Section 841(a)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1

1.      The United States of America's Motion for a Final Order of Forfeiture (Doc. # 90 is

GRANTED and the following property is hereby forfeited to the United States pursuant to Title 21,

United States Code, Section 853: Thirty-Six Thousand One Hundred Thirty Seven ($36,137.00)

Dollars in United States currency seized from Ardarreyus Shelton's residence at 1268 Autumn Ridge

Road, Montgomery, Alabama, on July 2, 2008.

2.      All right, title and interest to  the property described above is hereby condemned,

forfeited and vested in the United States of America and shall be disposed of according to law;

3.      The United States District Court shall retain jurisdiction in the case for the purpose

of enforcing this Order; and,

4.      The Clerk of the Court shall forward two certified copies of this Order to the United

States Attorney's Office.

SO ORDERED this the 23rd day of October, 2009.


                                        /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE